Cody Lee McKie  CDC # AV-5059
Name and Prisoner Booking Number

California State Prison - LAC.
Place of Confinement

Facility D Building 1 Bed 232  P.O. Box 8457
Mailing Address

Lancaster, CA 93539
City, State, Zip Code

**FILED**

FEB 08 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

CODY LEE MCKIE
(Full Name of Plaintiff)    Plaintiff,

v.

(1) SECRET SERVICE,
(Full Name of Defendant)
(2) ~~[illegible]~~,
(3) ~~[illegible]~~,
(4) _____,
         Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:24-cv-0438 EFB (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

JURY TRIAL DEMANDED

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: ROCKLIN, CALIFORNIA AND IONE, CALIFORNIA

Revised 3/15/2016

1

## B. DEFENDANTS

1. Name of first Defendant: __UNKNOWN AGENT__. The first Defendant is employed as: __SECRET SERVICE AGENT__ at __SECRET SERVICE__.
   (Position and Title)                              (Institution)

2. Name of second Defendant: __UNKNOWN AGENT__. The second Defendant is employed as: __SECRET SERVICE AGENT__ at __SECRET SERVICE__.
   (Position and Title)                              (Institution)

3. Name of third Defendant: __UNKNOWN AGENT__. The third Defendant is employed as: __SECRT SERVICE AGENT__ at __SECRET SERVICE__.
   (Position and Title)                              (Institution)

4. Name of fourth Defendant: __UNKNOWN AGENT__. The fourth Defendant is employed as: __SECRET SERVICE AGENT__ at __SECRET SERVICE__.
   (Position and Title)                              (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? __1__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __Cody Lee McKIE__ v. __People of the State of California__
      2. Court and case number: __Superior Court of California, County of Placer__.  #62-187009
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Petition for Writ of habeas Corpus Denied__

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: __INHUMANE TREATMENT__

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: ____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On the evening of December 13th, 2021, I, Cody Lee McKie, was Bullied By people using telecummunication equiptment. they said that I Am going to be Kidnaped and Raped By an animal with a large penis. I was scared for my life. I tried to comit suicide with a Box cutter By cutting into the artery on my left wrist. they also said that I will Be murdered. the fire department some how showed up and I was Rushed to the E.R.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I HAVE SCAR tissue on my left & Right wrist from this inncident.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Claim I? ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Because this Happened on my parents property Before I got arrested.

## CLAIM II

1. State the constitutional or other federal civil right that was violated: __IN HUMANE TREATMENT__.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: __Promise of Amnesty__

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Over the past few years, I, Cody Lee McKie, have been bullied on with C.I.A. and Secret Service computer equipment. They use telecommunications equipment to send me audio messages. Some messages are good. Some messages are bad. Some are true. A lot are false. They also use computer equipment to sexually asault me, put me through physical pain and send my head images and other top secret stuff. They told me that I am selected to be a V.I.P. and that I am getting Amnesty. So I was bullied on from a distance untill I committed a crime, and got a lengthy prison sentence. A few jealous federal secret service agents keep treating me very bad and they are trying to disqualify my Amnesty, because they are too jealous of the female V.I.P. attention.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I have scar tissue on my left elbow because of the police brutality that occured because of the situation.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Claim II?   ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Claim II to the highest level?   ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __Because this incident happened before the day of and the day of my arrest__.

4

Claim II, page #4, Continued

On August 18th, 2022, I was Bullied on with telecommunications equipment, people said that my 8 year old daughter, Avalynn Rae McPhie, was kidnapped and in a sex trafficing ring. They used my daughters voice saying "Cody, I HATE you! EVERYWHERE I GO, I GET RAPED!"

I retaliated by setting the three glass fires I am charged with in criminal Case 62-187009.

I was a victim of Police Brutality, Exclive force & unnessasary Roughtness By Officer Corporal Black of the Rocklin Police Department Because of this Skit.

(NOT SUEING COP).

PAGE 4-A

## CLAIM III

1. State the constitutional or other federal civil right that was violated: __Sex Discrimination__
   __Sexual Assault Because of alleged hatred for gay people__.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: __Assault / Sexual Assault__

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Unknown Federal agents used Computer equiptment to sexually assault me, sexually batted me, and prevent me from using the Bathroom when needed. they also prevented my penis from working during sex with two other men because they alegedly don't agree with Gay Sex

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   there is a Blowout or buble in my groin area due to assault with the Computer Equiptment

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Claim III?   ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Claim III to the highest level?   ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __This Happend Before the day of my arrest.__

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I, Cody Lee McKie, Request AMNESTY FOR CRIMINAL CASE # 62-187009 AND AMNESTY FOR MY ENTIRE CRIMINAL RECORD. I Also Request V.I.P. And C.I.A. CREDENTIALS. I REQUEST COMPENSATION IN THE AMOUNT OF ELEVEN Billion U.S. Dollars. ($11,000,000,000.00)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10-02-2023__
DATE

_Cody McKie_
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.